**IT IS ORDERED as set forth below:**



**Date: May 6, 2024**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | ) | CASE NUMBER |
| | ) | |
| DARRIN ANTHONY MUHAMMAD, | ) | 24-51493-LRC |
| | ) | |
| Debtor. | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 OF THE |
| | ) | BANKRUPTCY CODE |

## ORDER

On April 5, 2024, Darrin Anthony Muhammad ("Debtor") filed the *Motion Requesting to Open Bankruptcy Chapter 7* (Doc. 34, the "Motion").

Debtor filed the instant case on February 2, 2024. Debtor failed to at the Meeting of Creditors scheduled for April 2, 2024. The Chapter 7 Trustee, S. Gregory Hays, filed an order for the dismissal of the case for Debtor's failure to appear at the Meeting of Creditors (Doc. 32), and on April 4, 2024, the Court entered an Order Dismissing Ch. 7 Case for Failure to Appear at Meeting of Creditors (Doc. 33).

On May 2, 2024, the Court held a hearing on Debtor's Motion. Debtor, Jonathan Adams on behalf of the United States Trustee, and Michael McGuffee on behalf of Niteecha Gill were in attendance. Debtor informed the Court that, had he been properly notified about the Meeting of Creditors he would have attended, as he is unemployed and available. Debtor further notified the Court that despite signing up for the Court's electronic notification system he was not made aware of the hearings. Mr. McGuffee voiced opposition to reopening the case. Mr. Adams voiced no opposition to reopening the case.

The Court has considered the Motion and all other matter of record, including lack of objection thereto.

Accordingly,

**IT IS HEREBY ORDERED** that Debtor's Motion is granted.

**IT IS FURTHER ORDERED** that the deadline for objection to discharge is extended thirty days from the entry of this order.

**END OF DOCUMENT**

**Distribution List**

ALL PARTIES ON THE COURT'S MAILING MATRIX